IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CV 98–21–M–DWM–2 |
| Plaintiff, | |
| vs. | ORDER |
| STACY WEISCHEDEL, | |
| Defendant. | |

Having moved unopposed for a seven-day extension of the deadline to file her reply to the government's response to her motion for compassionate release,

IT IS ORDERED that Defendant Stacy Weischedel's motion, (Doc. 128), is GRANTED and she will reply to the government's response, (Doc. 127), on or before July 18, 2025.

DATED this 11th day of July, 2025.

_____
Donald W. Molloy, District Judge
United States District Court